# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MICHAEL KENNEDY,
8635 N West Road
Salisbury, Maryland 21801

        Plaintiff,

       V.

HARRIS & HARRIS, LTD.
111 West Jackson Boulevard, Suite 400
Chicago, Illinois 60604

        Defendant.



CASE No.   RDB-14-0913

### MOTION TO DISMISS

The Plaintiff, Michael Kennedy, pursuant to *Rule 41(a)(1)(A)(i)* of the *Federal Rules of Civil Procedure*, gives notice of a settlement agreement and stipulation reached between the parties and hereby moves for the dismissal of plaintiff's claims against defendant in the above-captioned matter.

Respectfully submitted,

Dated this 14th day of May, 2014.

Michael Kennedy
Plaintiff, *Pro se*

Michael E. Kennedy
8635 N West Road
Salisbury, Maryland 21801
(443) 523-0180

Request **GRANTED** this 21st Day of October, 2014

Richard D. Bennett
United States District Judge